UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SIXTO ALBERTO SORIANO,  :

      Petitioner  :

                      CIVIL ACTION NO. 3:16-0271

v.  :

                      (Judge Mannion)

MARY SABOL, Warden, *et al.*,  :

      Respondents  :

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The petition for writ of habeas corpus, (Doc. 1), is **GRANTED** as noted below;

(2) the petitioner, Sixto Alberto Soriano, shall be provided an individualized bond hearing in front of an Immigration Judge within thirty (30) days of this order;

(3) at the abovementioned bond hearing, the government bears the burden of demonstrating that detention is still necessary, the petitioner is a flight risk, and that his release will pose a danger to the community;

(4) the clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: May 3, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0271-01-ORDER.wpd