# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SIXTO ALBERTO SORIANO,** | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:16-0271 |
| v. | : |
| | : (Judge Mannion) |
| **MARY SABOL, Warden, *et al.*,** | : |
| Respondents | : |

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Petitioner Sixto Alberto Soriano's motion for attorney's fees under the EAJA, 28 U.S.C. §2412(d)(1)(A), (Doc. 16), is **GRANTED**; and

**(2)** petitioner's counsel, Daniel Conklin, is awarded attorney's fees in the amount $7,782.50.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 1, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0271-02-ORDER.wpd